AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

E-filing BZ

| | |
|---|---|
| DC RISK SOLUTIONS, INC.<br>Plaintiff<br>v.<br>NANCY FROST, an individual,<br>Defendant | )<br>)<br>) Civil Action No.<br>)<br>)<br>CV 08 2948 |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
NANCY FROST
309 2nd Avenue, #3
San Francisco, California

3381 22nd Street
San Francisco, California

A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Charles L. Thompson IV
Kauff McClain & McGuire LLP
One Post Street, Suite 2600
San Francisco, CA 94104

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: JUN 1 2 2008

Helen L. Almacen
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

4838-3476-4290.1

American LegalNet, Inc.
www.FormsWorkflow.com