CHARLES L. THOMPSON (State Bar No. 139927)
Email: thompson@kmm.com
CORINN JACKSON (State Bar No. 239275)
Email: jackson@kmm.com
KAUFF McCLAIN & McGUIRE LLP
One Post Street, Suite 2600
San Francisco, CA 94104
Telephone: (415) 421-3111
Facsimile: (415) 421-0938

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC RISK SOLUTIONS, INC., | No. CV 08 2948 BZ |
| Plaintiff, | |
| v. | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| NANCY FROST, an individual | **AND** |
| Defendant. | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: June 16, 2008

/s/
Signature
CHARLES L. THOMPSON IV
Counsel for Plaintiff, DC Risk Solutions, Inc.
(Name of party or indicate "pro se")

4815-0470-1954.1

American LegalNet, Inc.
www.FormsWorkflow.com