CHARLES L. THOMPSON IV (State Bar No. 139927)
Email: thompson@kmm.com
CORINN JACKSON (State Bar No. 239275)
Email: jackson@kmm.com
KAUFF MCCLAIN & MCGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 421-3111
Facsimile: (415) 421-0938

Attorneys for Plaintiff
DC RISK SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC RISK SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NANCY FROST, an individual, and DOES 1 through 100, inclusive, <br><br> Defendant. | CASE NO. C08-02948 SI <br><br> **EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL** <br><br> DEPT: 10; 19th Floor <br> JUDGE: Hon. Susan Ilston <br><br> COMPLAINT FILED: June 12, 2008 <br> TRIAL DATE: No date set. |

Plaintiff DC Risk Solutions, Inc. hereby applies to the Court ex parte for an Order for leave to file under seal the following documents: (1) Declaration of Shawn Evans In Support of Plaintiff's Ex Parte Application for Temporary Restraining Order and Order to Show Cause re Preliminary Injunction; (2) Declaration of Beverly Thomas In Support of Plaintiff's Ex Parte Application for Temporary Restraining Order and Order to Show Cause re Preliminary Injunction; (3) Exhibit D to the Thomas Declaration; (4) Exhibit E to the Thomas Declaration; (5) Exhibit F to the Thomas Declaration; (6) the Memorandum of Points and Authorities filed in Support of Plaintiff's Ex Parte Application for Temporary Restraining Order and Order to Show Cause re Preliminary Injunction.

Good cause exists for such application. Each of the documents that Plaintiff requests to be filed under seal contains information about its clients that DC Risk

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL                                          CASE NO. C08-02948 SI

1  wishes to remain confidential and that is not generally known publicly or in the industry.

2  On the afternoon of June 24, 2008, Plaintiff DC Risk provided notice to Keith Cooper and Gregory de la Pena, counsel of record for Defendant Frost in the state court action, that it would apply ex parte for an order granting leave to file under seal. As of the time of this file, Cooper and de la Pena had not responded as to whether such application would be opposed. Plaintiff informed Cooper and de la Pena that the Court's standing order required that any opposition be filed immediately.

Plaintiff respectfully requests that this Court grant Plaintiff's application for leave to file under seal. Plaintiff has filed a proposed order for the Court's review.

DATED: June 24, 2008

Respectfully submitted,

KAUFF MCCLAIN & MCGUIRE LLP

By: /s/
CHARLES L. THOMPSON IV

Attorneys for Plaintiff
DC RISK SOLUTIONS, INC.

4826-8061-6450.1

Kauff McClain & McGuire LLP
One Post Street
Suite 2600
San Francisco, CA 94104
Telephone (415) 421-3111

- 2 -

EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL   CASE NO. C08-02948 SI