CHARLES L. THOMPSON IV (State Bar No. 139927)
Email: thompson@kmm.com
CORINN JACKSON
Email: jackson@kmm.com
KAUFF MCCLAIN & MCGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 421-3111
Facsimile: (415) 421-0938

Attorneys for Plaintiff
DC RISK SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC RISK SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NANCY FROST, an individual, and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO. C08-02948 SI <br><br> **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL** <br><br> **DEPT:** 10; 19th Floor <br> **JUDGE:** Hon. Susan Ilston <br><br> **COMPLAINT FILED:** June 12, 2008 <br> **TRIAL DATE:** No date set. |

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

MEMORANDUM OF POINTS AND AUTHORITIES ISO EX PARTE
APPLICATION TO FILE DOCUMENTS UNDER SEAL

CASE NO. C08-02948 SI

## I. INTRODUCTION

This is an ex parte application brought by Plaintiff DC Risk Solutions, Inc. ("Plaintiff"; "DC Risk") for leave to file documents under seal. DC Risk seeks to file these documents in support of its Ex Parte Application for Temporary Restraining Order and Order to Show Cause re Preliminary Injunction that it is filing on June 24, 2008.

By this application, DC Risk seeks to file the following documents under seal:

1. Declaration of Shawn Evans, President of DC Risk Solutions, Inc.;
2. Declaration of Beverly Thomas, Chief Executive Officer of DC Risk Solutions, Inc.;
3. Exhibit D to the Thomas Declaration;
4. Exhibit E to the Thomas Declaration;
5. Exhibit F to the Thomas Declaration;
6. Memorandum of Points and Authorities in Support of Ex Parte Application for Temporary Restraining Order and Order to Show Cause re Preliminary Injunction.

These documents contain confidential information regarding former DC Risk clients and regarding DC Risk. This information is not available publicly or to the insurance industry generally. Defendant misappropriated some of this information. Accordingly, Plaintiff seeks to file documents containing such information under seal.

## II. BACKGROUND

Plaintiff DC Risk has filed a Complaint for violation of the Computer Fraud and Abuse Act; violation of the California Uniform Trade Secrets Act; breach of employment agreement; statutory unfair competition; and intentional interference with contractual relations; and breach of fiduciary duty. Plaintiff alleged that Nancy Frost, its former Senior Vice-President, intentionally deprived DC Risk of client-related information

- 1 -

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

MEMORANDUM OF POINTS AND AUTHORITIES ISO EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL

CASE NO. C08-02948 SI

contained on her company-issued computer. Plaintiff further alleged that Frost misappropriated its protected information to solicit and do business with DC Risk clients.

The protected information to which Frost had access included: (1) client names; (2) client contact information; (3) client requirements; (4) commission and premium information; (5) client "loss history"; and (6) marketing strategy for particular clients.

Plaintiff is filing an Ex Parte Application for Temporary Restraining Order and Order to Show Cause re Preliminary Injunction. Plaintiff seeks an order prohibiting Frost from using its protected information.

In support of its application, Plaintiff will be filing a Memorandum of Points and Authorities, the Declaration of Shawn Evans, and Declaration of Beverly Thomas. Evans is the President of DC Risk and Thomas is the Chief Executive Officer of DC Risk. The Thomas Declaration will include exhibits.

### III.  ARGUMENT

The California Uniform Trade Secrets Act ("CUTSA") protects certain information and classifies it as trade secret if it "(1) derives independent economic value, actual or potential, from not being generally known to the public or to other persons who can obtain economic value from its disclosure or use; and (2) is the subject of efforts that are reasonable under the circumstances to maintain its secrecy." Civ. Code §3426.1(d); see *Lillge v. Verity*, 2008 U.S. Dist. LEXIS 26164 (N.D. Cal., April 1, 2008) (Patel) (compilation of customer information of advertising specialty and corporate apparel firm trade secret); *Morlife v. Perry*, 56 Cal. App. 4th 1514, 1521 (1997) (roofing company's compilation of customer information constituted trade secret).

The information contained in the documents sought to be filed under seal includes client names, contact persons, commission information, and information regarding DC Risk's marketing strategy. Exhibit D to the Thomas Declaration, for example, includes information from a vendor regarding preparation of a proposal for a

- 2 -

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

MEMORANDUM OF POINTS AND AUTHORITIES ISO EX PARTE
APPLICATION TO FILE DOCUMENTS UNDER SEAL

CASE NO. C08-02948 SI

1  specific DC Risk client.  Exhibit E includes information from a vendor regarding another
2  DC Risk client.  Exhibit F also identifies a vendor and DC Risk client.  The Evans
3  Declaration includes confidential information regarding commissions from DC Risk
4  clients

5        As explained in its moving papers for the temporary restraining orders, this
6  information has independent economic value to competitors.  This information provides
7  competitors with a "substantial business advantage" because it allows them "to solicit
8  both more selectively and more effectively."  *Morlife*, 56 Cal. App. 45h at 735-36.

9        For example, knowing the estimated commission income from a client's
10 business is critical to determining the resources to be devoted to that business.  Further,
11 knowing DC Risk's commission revenue would permit its competitors to underbid it for
12 the business.  Knowing which prospects had already been contacted and declined to
13 purchase particular insurance products permits a producer to target only those
14 businesses in a given industry that have a propensity to purchase the products at issue.
15 Similarly, knowing this information would permit a competitor to cull particular clients
16 without making the same expenditure of time and resources as DC Risk.

17       DC Risk took reasonable efforts to protect the information's secrecy.  Frost
18 signed an employment agreement that required her to keep such information
19 confidential.  *ReadyLink Healthcare v. Cotton*, 126 Cal. App. 4th 1006, 1018 (2005)
20 ("ReadyLink took reasonable steps to ensure the secret of its trade secret information by
21 requesting employees to sign nondisclosure agreements.").  DC Risk also issued its
22 employees password protected computers.

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

- 3 -

MEMORANDUM OF POINTS AND AUTHORITIES ISO EX PARTE
APPLICATION TO FILE DOCUMENTS UNDER SEAL

CASE NO. C08-02948 SI

## IV. CONCLUSION

For the reasons set forth above, Plaintiff DC Risk respectfully requests that this Court GRANT its ex parte application to file under seal in its entirety.

DATED: June 24, 2008

KAUFF MCCLAIN & MCGUIRE LLP

By: /s/
CHARLES L. THOMPSON IV

Attorneys for Plaintiff
DC RISK SOLUTIONS, INC.

4811-3809-5618.1

- 4 -

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

MEMORANDUM OF POINTS AND AUTHORITIES ISO EX PARTE
APPLICATION TO FILE DOCUMENTS UNDER SEAL

CASE NO. C08-02948 SI