1   CHARLES L. THOMPSON IV (State Bar No. 139927)
    Email: thompson@kmm.com
2   CORINN JACKSON (State Bar No. 239275)
    Email: jackson@kmm.com
3   KAUFF MCCLAIN & MCGUIRE LLP
    One Post Street, Suite 2600
4   San Francisco, California 94104
    Telephone:   (415) 421-3111
5   Facsimile:   (415) 421-0938

6   Attorneys for Plaintiff
    DC RISK SOLUTIONS, INC.
7

8                      UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11   DC RISK SOLUTIONS, INC., | CASE NO. C08-02948 SI |
| 12                      Plaintiff, | **DECLARATION OF CHARLES THOMPSON IN SUPPORT OF EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL** |
| 13   v. | |
| 14   NANCY FROST, an individual, and DOES 1 through 100, inclusive, | **DEPT:**    10; 19th Floor |
| 15 | **JUDGE:**    Hon. Susan Ilston |
| 16                      Defendant. | **COMPLAINT FILED:** June 12, 2008 **TRIAL DATE:**    No date set. |
| 17 | |

18

19           I, Charles Thompson, do hereby declare:

20           1.    I am a partner in the law firm of Kauff, McClain & McGuire, counsel

21   of record for Plaintiff DC Risk Solutions, Inc. ("DC Risk). I have personal knowledge of

22   the facts set forth herein and, if called as a witness, I could and would competently

23   hereto.

24           2.    Plaintiff DC Risk has filed a Complaint for violation of the Computer

25   Fraud and Abuse Act; violation of the California Uniform Trade Secrets Act; breach of

26   employment agreement; statutory unfair competition; and intentional interference with

27   contractual relations; and breach of fiduciary duty. Plaintiff alleged that Nancy Frost, its

28   former Senior Vice-President, intentionally deprived DC Risk of client-related information

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DECLARATION OF CHARLES THOMPSON IN SUPPORT OF
EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL                CASE NO. C08-02948 SI

1    contained on her company-issued computer.  Plaintiff further alleged that Frost

2    misappropriated its protected information to solicit and do business with DC Risk clients.

3        3.    Plaintiff is filing an Ex Parte Application for Temporary Restraining

4    Order and Order to Show Cause re Preliminary Injunction.  Plaintiff seeks an order

5    prohibiting Frost from using its protected information.

6        4.    In support of its application, Plaintiff will be filing a Memorandum of

7    Points and Authorities, the Declaration of Shawn Evans, and Declaration of Beverly

8    Thomas.  Evans is the President of DC Risk and Thomas is the Chief Executive Officer

9    of DC Risk.  The Thomas Declaration will include exhibits.

10       5.    The Memorandum, the Evans Declaration, the Thomas Declaration,

11   and certain exhibits to the Thomas Declaration contain confidential client information that

12   is not available publicly or to the industry generally.  DC Risk wishes to maintain the

13   confidentiality of this information.

14       6.    On Tuesday, June 24, 2008, I notified Gregory de la Pena and Keith

15   Cooper, counsel of record for Plaintiff in a state court action involving DC Risk, that DC

16   Risk would be moving ex parte for an order granting leave to file documents under seal.

17   I also notified Mr. de la Pena and Mr. Cooper that the Court's Standing Order required

18   opposition to be filed immediately.  A true and correct copy of my communication with

19   Mr. de la Pena and Mr. Cooper is attached hereto as **Exhibit A**.

20       I declare under the penalty of perjury of the laws of the United States of

21   America that the foregoing is true and correct.

22       Executed this 24th day of June 2008 at San Francisco, California.

23

24                                            /s/
                                    Charles L. Thompson IV
25

26

27

28   4848-5136-5122.1

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA  94104
TELEPHONE (415) 421-3111

DECLARATION OF CHARLES THOMPSON IN SUPPORT OF
EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL          CASE NO. C08-02948 SI

# EXHIBIT A

# KM&M

K A U F F   M c C L A I N   &   M c G U I R E   L L P

ONE POST STREET · SUITE 2600
SAN FRANCISCO, CA 94104

TELEPHONE (415) 421-3111
TELECOPIER (415) 421-0938

NEW YORK
SAN FRANCISCO
LOS ANGELES
WWW.KMM.COM

June 24, 2008

**VIA FACSIMILE**
**415.227.4116**

Gregory R. de la Pena, Esq.
Keith Cooper, Esq.
de la Pena & McDonald
785 Market Street, 14th Floor
San Francisco, CA 94103

        Re:    DC Risk v. Nancy Frost

Dear Mssrs. de la Pena and Cooper:

        This letter serves as notice that Plaintiff DC Risk Solutions, Inc. will file an ex parte application seeking leave to file certain documents under seal. The documents sought to be filed under seal will be in support of Plaintiff's Ex Parte Application for Temporary Restraining Order and Order to Show Cause re Preliminary Injunction. This matter is before Judge Susan Ilston, Courtroom 10, Floor 19. The Court's Standing Order requires that any opposition to the ex parte application be filed immediately.

        Please let me know if either of you has any questions.

                        Very truly yours,

                        Charles L. Thompson IV

CLT/clt

4817-2562-5858.1