MAUREEN E. MCCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
CHARLES L. THOMPSON IV (State Bar No. 139927)
Email: thompson@kmm.com
KAUFF MCCLAIN & MCGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 421-3111
Facsimile: (415) 421-0938

Attorneys for Defendant
CITY OF SANTA ROSA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES A. MITCHEL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF SANTA ROSA, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | CASE NO. C 08-02698 SI<br><br>**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>**DEPT:**　10, 19th Floor<br>**JUDGE:**　Hon. Susan Illston<br><br>**COMPLAINT FILED:**　May 22, 2008<br>**TRIAL DATE:**　No date set. |

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR
LEAVE TO FILE UNDER SEAL

CASE NO. C 08-02698 SI

Having considered Defendant the City of Santa Rosa's ex parte application for leave to file documents under seal in support of its Special Motion to Strike Portions of Complaint, and finding good cause therefore,

IT IS HEREBY ORDERED that Defendant may file the following documents under seal:

1. The Declaration of Greg D. Scoles In Support of Defendant's Special Motion to Strike Portions of the Complaint;

2. Notice of Intent to Render Discipline, attached as Exhibit 2 to the Scoles Declaration;

3. Followup Investigation City of Santa Rosa, attached as Exhibit 3 to the Scoles Declaration;

4. Supplement to Notice of Intent to Render Discipline, attached as Exhibit 4 to the Scoles Declaration;

5. Notice of Disciplinary Action, attached as Exhibit 5 to the Scoles Declaration;

6. Other supporting documents, such as the Memorandum of Points and Authorities, filed in support of its Special Motion to Strike that refer to the specific contents of the Scoles Declaration and Exhibits 2, 3, 4, and 5 to the Scoles Declaration.

DATED: June _____, 2008

_____
JUDGE SUSAN ILLSTON

4846-8785-0242.1

Kauff McClain & McGuire LLP
One Post Street
Suite 2600
San Francisco, CA 94104
Telephone (415) 421-3111

- 1 -

[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR LEAVE TO FILE UNDER SEAL

CASE NO. C 08-02698 SI