CHARLES L. THOMPSON IV (State Bar No. 139927)
Email: thompson@kmm.com
CORINN JACKSON (State Bar No. 239275)
Email: jackson@kmm.com
KAUFF MCCLAIN & MCGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 421-3111
Facsimile: (415) 421-0938

Attorneys for Plaintiff
DC RISK SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC RISK SOLUTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NANCY FROST, an individual, and DOES 1 through 100, inclusive,<br><br>Defendant. | CASE NO. C08-02948 SI<br><br>**EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**<br><br>DEPT: 10; 19th Floor<br>JUDGE: Hon. Susan Ilston<br><br>COMPLAINT FILED: June 12, 2008<br>TRIAL DATE: No date set. |

Plaintiff DC Risk, Inc., hereby applies to the Court ex parte for a temporary order restraining and ordering Defendant Nancy Frost as to the following: (1) prohibiting Frost from directly or indirectly soliciting or servicing business using information that she obtained while employed by DC Risk; (2) requiring Frost to identify all information regarding DC Risk clients of which she maintained a copy as of the date her resignation became effective; (3) requiring that Frost return all copies, whether in hard or electronic form, of any portion of the DC Risk's protected information, and any other information removed or deleted from DC Risk's offices or computer equipment, that is in their possession, custody or control; (4) prohibiting Frost from using or disclosing any of the protected information and any other information removed or deleted from DC Risk's offices or computer equipment; and (5) ordering Frost to hold and maintain any

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE

CASE NO. C08-02948 SI

1 commissions received or receivable from any DC Risk client in constructive trust and not
2 to disburse or use those funds.

3     Plaintiff DC Risk also hereby applies for an order to show cause as to why
4 a preliminary injunction should not issue that contains these same terms.

5     Good cause exists for such application. As set forth in the moving papers,
6 Frost misappropriated DC Risk's confidential and trade secret information to compete
7 unfairly against it. Frost used this information to interfere with DC Risk's contractual
8 relations. By using the information, Frost also violated the terms of her Employment
9 Agreement. Additionally, she intentionally erased confidential client information from her
10 DC Risk computer so that DC Risk would not have access to it.

11     On the afternoon of June 23, 2008, Plaintiff provided notice to Gregory de
12 la Pena, counsel of record for Defendant Nancy Frost in a state court action involving DC
13 Risk, that it would be moving ex parte for this temporary restraining order and order to
14 show cause. On June 24, 2008, Mr. de la Pena acknowledged receipt of Plaintiff's
15 notice and asked for a copy of the filed documents. Plaintiff will do so promptly after
16 filing its ex parte application.

17     Plaintiff respectfully requests that this Court grant its ex parte application.
18 Plaintiff has filed a proposed order for the Court's review.

19 DATED:     June 24, 2008                    KAUFF MCCLAIN & MCGUIRE LLP

21                                             By:_____/s/_____
22                                                  CHARLES L. THOMPSON IV

23                                             Attorneys for Plaintiff
                                               DC RISK SOLUTIONS, INC.

26 4824-1866-8802.1

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

- 2 -

EX PARTE APPLICATION FOR TEMPORARY RESTRAINING
ORDER AND ORDER TO SHOW CAUSE

CASE NO. C08-02948 SI