CHARLES L. THOMPSON IV (State Bar No. 139927)
Email: thompson@kmm.com
CORINN JACKSON (State Bar No. 239275)
Email: jackson@kmm.com
KAUFF MCCLAIN & MCGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 421-3111
Facsimile: (415) 421-0938

Attorneys for Plaintiff
DC RISK SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC RISK SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NANCY FROST, an individual, and DOES 1 through 100, inclusive, <br><br> Defendant. | CASE NO. C08-02948 SI <br><br> **Declaration of Bryan Door ISO Plaintiff's Motion for Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction** <br><br> DATE: <br> TIME: <br> DEPT: 10; 19th Floor <br> JUDGE: Hon. Susan Ilston <br><br> COMPLAINT FILED: June 12, 2008 <br> TRIAL DATE: No Date Set |

4812-1181-6194.1

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DECLARATION OF BRYAN DOOR ISO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

CASE NO. C08-02948 SI

I, Bryan Door, hereby declare and state:

1. I am a forensic computer consultant employed by California Data Recovery, Inc., DC Risk Solutions ("Plaintiff" or "DCRS"), located at 980 "9th" Street, 16th Floor, Sacramento, California, 95814. I have personal knowledge of the facts stated herein and, if called as a witness, could and would competently testify thereto.

2. On March 18, 2008, California Data Recovery received an Apple laptop computer from Harry McQuillen. Mr. McQuillen informed me that the laptop computer was the one used by Nancy Frost at DC Risk Solutions, Inc. DC Risk Solutions, Inc. retained California Data Recovery to examine and analyze the hard drive of the laptop.

3. Also on March 18, 2008, California Data Recovery received a Blackberry cell phone from DC Risk. DC Risk retained California Data Recovery to examine the cell phone and obtain e-mail correspondence from it.

4. California Data Recovery did in fact and analyze the laptop hard drive and prepared a report of its examination and analysis. Attached as Exhibit A to this Declaration is a true and correct copy of the Report. All statements in the Report are true and correct to the best of my knowledge.

5. Attached hereto as Exhibit B to this Declaration is a true and correct copy of the most recent invoice to DC Risk for California Data Recovery's services.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed in _Sacramento_, California on June _13_, 2008.

_____
BRYAN DOOR

4812-1181-6194.1                - 2 -

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104

DECLARATION OF BRYAN DOOR ISO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION.

CASE NO.

# EXHIBIT A

# California Data Recovery, Inc
*The BIT-Chasers...*
www.bit-chasers.com
(916) 825-2220

At 16:00 on March 18, 2008 Earl Door received two packages, one box containing Laptop Computer and one containing a Blackberry Cell Phone. The box containing the laptop computer was shipped by Harry McQuillen. The box containing the Blackberry Cell phone was shipped by Beverly Thomas.

Earl Door attempted to boot laptop from CDROM in order to create image, Laptop's Operating System began boot at 16:57 hours. System was shutdown immediately as it started to boot to the operating system. Earl Door removed one Fujitsu 160GB SATA Hard Drive (Model: MHW2160BHPC, SN:K11GT7627W52) from Mac Book Pro Laptop (SN:W87302DBX92).

At 19:50 hours Earl Door began acquisition of hard drive using Tableau SATA Write Blocker and FTK Imager. Image Completed at 22:25. The Image Details are as follows:

## Device Information

| | |
|---|---|
| Name: | AppleMBP SN W87302DBX92 |
| Notes: | Fujitsu HD SN K11GT7627W52 |
| Drive Type: | Fixed |
| File Integrity: | Completely Verified, 0 Errors |
| Acquisition Hash: | b4794f9dd4fec4aa29b51a1e5be811d1 |
| Verify Hash: | b4794f9dd4fec4aa29b51a1e5be811d1 |
| EnCase Version: | FTKI2.4 |
| Is Physical: | TRUE |
| Raid Stripe Size: | 0 |
| Error Granularity: | 0 |
| Read Errors: | 0 |
| Missing Sectors: | 0 |
| CRC Errors: | 0 |
| Compression: | None |
| Total Size: | 160,041,885,696 bytes (149.1GB) |
| Total Sectors: | 312,581,808 |
| Disk Signature: | 00000000 |

Partitions

| Code | Type | Start Sector | Total Sectors | Size |
|---|---|---|---|---|
| 00 | None | 40 | 409,599 | 200MB |
| 00 | Apple_HFS | 409,640 | 311,909,983 | 148.7GB |

After various attempts to recover data multiple forensic utilities including FTK, EnCase, and MacForensicsLab it was determined that the best method for recovery of deleted data would be with PROSOFT Engineering, Inc. Data Rescue II data recovery software. This software was recommended by the Mac Forensic Lab personnel as it was suited for the specifics of this examination.

California Data Recovery, Inc
*The BIT-Chasers...*
www.bit-chasers.com
(916) 825-2220

I used Data Rescue II to scan the write blocked physical device (Fujitsu 160GB SATA Hard Drive Model:MHW2160BHPC, SN:K11GT7627W52) for deleted files. I selected the option to recover email and office documents. The recovered documents were recovered to a temporary storage drive and then copied to DVD.

Using EnCase 6.7.13, Earl Door Made a hash set consisting of hash values from all intact files in hard drive image.

Using EnCase 6.7.13, I activated Single Files and then added the recovered files to the case. The hash set (group of hash values) were compared to the hash values of the files recovered using Data Rescue 2 software. After conducting this hash comparison, 1534 files with non-matching hash values were identified. These files were copied from EnCase to folder named .\non-matching\Recovered DOCUMENTS_DCRISK* an export of file names and hash values is stored in .\non-matching.txt*. These 1534 files were recovered using data recovery software and would not have otherwise been recoverable without using specialized equipment and/or techniques.

*.\ refers to path of CD\DVD ROM drive that evidence is stored on and can change as time*

Thank You,

Bryan Door, Director of Forensics
California Data Recovery, Inc
www.bit-chasers.com <http://www.bit-chasers.com/>
(916) 825-2220

| Bill From: California Data Recovery, Inc 980 9th Street, # 1600 Sacramento, CA 95814 | | | | Bill To: Beveryly Thomas COO, DC Risk Solutions One Embarcadero Center San Francisco, CA 94111 | |
|---|---|---|---|---|---|
| Case | Date | Hours | Item | Rate | Total |
| DC Risk | 3/18/2008 | 5 | Cell Phone | $150.00 | 750.00 |
| DC Risk | 3/18/2008 | 1 | Forensic | $150.00 | 150.00 |
| DC Risk | 3/18/2008 | 2.5 | Machine Time - Imaging | $15.00 | 37.50 |
| DC Risk | 3/19/2008 | 0.5 | Forensic | $150.00 | 75.00 |
| DC Risk | 3/23/2008 | 0.5 | Forensic | $150.00 | 75.00 |
| DC Risk | 3/25/2008 | 1 | Forensic - Image Conversion (e01 to dd) | $150.00 | 150.00 |
| DC Risk | 3/25/2008 | 4 | Machine Time - Image Conversion | $15.00 | 60.00 |
| DC Risk | 3/26/2008 | 1 | Forensic | $150.00 | 150.00 |
| DC Risk | 3/26/2008 | 8 | Machine Time | $15.00 | 120.00 |
| DC Risk | 3/27/2008 | 2 | Forensic | $150.00 | 300.00 |
| DC Risk | 4/4/2008 | 0.5 | Office Document Recovery - | $150.00 | 75.00 |
| DC Risk | 4/4/2008 | 8 | Machine Time | $15.00 | 120.00 |
| DC Risk | 4/5/2008 | 2 | Office Document Recovery - keyword | $150.00 | 300.00 |
| DC Risk | 4/7/2008 | 0.5 | Burned DVD's and Shipped Overnight | $150.00 | 75.00 |
| PAYMENT | | | Payment | | -2,500.00 |
| DC Risk | | 1 | Data Rescue II | $235.21 | 235.21 |
| DC Risk | 5/12/2008 | 1 | Build Hash Set Existing Files | $150.00 | 150.00 |
| DC Risk | 5/13/2008 | 3 | Hash Comparison Recovered Files | $150.00 | 450.00 |
| DC Risk | 5/13/2008 | 0.5 | Burned & Shipped DVD's | $150.00 | 75.00 |
| DC Risk | 6/4/2008 | 3 | Forensic Summary / Report | $150.00 | 450.00 |
| DC Risk | 6/13/2008 | 2 | External Hard Drives | $149.00 | 298.00 |
| DC Risk | 6/13/2008 | 1 | Affidavit | $150.00 | 150.00 |
| DC Risk | | 1 | Re-Assemble Laptop | $150.00 | 150.00 |
| DC Risk | | 1 | Laptop Packaging / Shipping | $150.00 | 150.00 |
| | | | | Tax: | 23.095 |
| | | | | Total: | 2,068.81 |

