1  CHARLES L. THOMPSON IV (State Bar No. 139927)
   Email: thompson@kmm.com
2  CORINN JACKSON (State Bar No. 239275)
   Email: jackson@kmm.com
3  KAUFF MCCLAIN & MCGUIRE LLP
   One Post Street, Suite 2600
4  San Francisco, California 94104
   Telephone:    (415) 421-3111
5  Facsimile:    (415) 421-0938

6  Attorneys for Plaintiff
   DC RISK SOLUTIONS, INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  DC RISK SOLUTIONS, INC.,                      CASE NO.  C08-02948 SI

12              Plaintiff,                        **Declaration of Roger Sleight
                                                  ISO Plaintiff's Application for
13  v.                                            Temporary Restraining Order and
                                                  Order to Show Cause Re
14  NANCY FROST, an individual, and DOES 1        Preliminary Injunction**
    through 100, inclusive,
15                                                **DATE:**
                Defendant.                        **TIME:**
16                                                **DEPT:**     10; 19th Floor
                                                  **JUDGE:**    Hon. Susan Ilston
17
                                                  **COMPLAINT FILED:**    June 12, 2008
18                                                **TRIAL DATE:**    No Date Set

19

20

21

22

23

24

25

26

27

28  4829-4000-0514.1

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DECLARATION OF ROGER SLEIGHT ISO PLAINTIFF'S MOTION
FOR TEMPORARY RESTRAINING ORDER AND ORDER TO
SHOW CAUSE RE PRELIMINARY INJUNCTION

CASE NO. C08-02948 SI.

1    I, Roger Sleight, hereby declare and state:

2        1.    I am a Of Counsel in the law firm of Sedgwick Detert Moran &

3    Arnold LLP. I have personal knowledge of the facts set forth herein and, if called as a

4    witness, I could and would testify competently hereto.

5        2.    I am counsel of record for Defendants DC Risk Solutions, Inc.,

6    Shawn Evans, and Michael B. Evans, in a lawsuit filed against them by Plaintiff Lawson-

7    Hawks Insurance Agency. Plaintiff filed the suit in Superior Court of the State of

8    California, County of San Francisco, and it is Case No. CGC-07-469594. A true and

9    correct copy of the caption page, the Tenth Cause of Action for Misappropriation of

10   Trade Secrets and Common Law Unfair Competition, and the signature page is attached

11   hereto as **EXHIBIT A**.

12       3.    Plaintiff Lawson-Hawks has produced various documents to

13   Defendants in the course of the litigation. A true and correct copy of letters dated

14   February 18, 2008, that purport to be signed by Nancy Frost is attached hereto as

15   **EXHIBIT B**.

16       I declare under penalty of perjury of the laws of the United States of

17   America that the foregoing is true and correct.

18       Executed this 23d day of JUNE, 2008 at SAN FRANCISCO

19   California.

20                                    _Roger W. Sleight_

21                                    ROGER W. SLEIGHT

22

23

24

25

26

27

28

KAUFF MCCLAIN &
MCGUIRE LLP
One Post Street

DECLARATION OF ROGER SLEIGHT ISO PLAINTIFF'S MOTION
FOR TEMPORARY RESTRAINING ORDER AND ORDER TO

CASE NO. C08-02948 SI

# EXHIBIT A

February 18, 2008

Todd Murch
President & CEO
Eskaton
5105 Manzanita Avenue
Carmichael, CA 95608

**RE: Nancy Frost; Departure from DC Risk Solutions**

Dear Todd;

Because of the nature of our professional relationship over the last several years, I wanted to formally notify you that I have left the employ of DC Risk Solutions. While I appreciate, in every regard, the opportunities afforded to me at DC Risk Solutions, I simply felt that it was time for me to move in a different direction professionally.

I want to thank you for your trust and confidence and permitting me to serve as your Employee Benefits Consultant and Broker. The relationships that I have developed over the last twenty years in this business are some of my most valued. They have played a very big part in my professional growth and development.

As to moving on, I have chosen to affiliate with **Lawson-Hawks Insurance Associates, Inc., (LHI)** a highly regarded Insurance Brokerage with over seventy years of experience in Risk Management, Employee Benefits and Financial Services Consulting. While its corporate offices are in Mountain View, California, LHI has a physical presence throughout much of the West and serves a global client base.

Of particular interest to me in making this career change is LHI's acclaimed Healthcare-Specific Practice which accentuates exemplary client servicing and provides me with a level of support that frees me to be a greater resource to my clients. I anticipate a much greater capability to provide clients with a depth of personnel and resources for their Employee Benefits issues.

It has been a pleasure working with you and I certainly wish you well in the future. If I can be of any assistance, do not hesitate to contact me at your convenience. I can be reached at **650.814.9534**. Please note, this is a new cell number for me.

Again, thank you for the opportunity to be of service to you.

Very Truly Yours,

Nancy Frost

February 18, 2008

Bill Pace
CFO
Eskaton
5105 Manzanita Avenue
Carmichael, CA 95608

RE: Nancy Frost: Departure from DC Risk Solutions

Dear Bill;

Because of the nature of our professional relationship over the last several years, I wanted to formally notify you that I have left the employ of DC Risk Solutions. While I appreciate, in every regard, the opportunities afforded to me at DC Risk Solutions, I simply felt that it was time for me to move in a different direction professionally.

I want to thank you for your trust and confidence and permitting me to serve as your Employee Benefits Consultant and Broker. The relationships that I have developed over the last twenty years in this business are some of my most valued. They have played a very big part in my professional growth and development.

As to moving on, I have chosen to affiliate with **Lawson-Hawks Insurance Associates, Inc.**, (LHI) a highly regarded Insurance Brokerage with over seventy years of experience in Risk Management, Employee Benefits and Financial Services Consulting. While its corporate offices are in Mountain View, California, LHI has a physical presence throughout much of the West and serves a global client base.

Of particular interest to me in making this career change is LHI's acclaimed Healthcare-Specific Practice which accentuates exemplary client servicing and provides me with a level of support that frees me to be a greater resource to my clients. I anticipate a much greater capability to provide clients with a depth of personnel and resources for their Employee Benefits issues.

It has been a pleasure working with you and I certainly wish you well in the future. If I can be of any assistance, do not hesitate to contact me at your convenience. I can be reached at **650.814.9534.** Please note, this is a new cell number for me.

Again, thank you for the opportunity to be of service to you.

Very Truly Yours,

Nancy Frost

Nancy Frost

LHI 00647

February 18, 2008

Monica Sandgathe
Executive Assistant
Eskaton
5105 Manzanita Avenue
Carmichael, CA 95608

RE: **Nancy Frost: Departure from DC Risk Solutions**

Dear Monica;

Because of the nature of our professional relationship over the last several years, I wanted to formally notify you that I have left the employ of DC Risk Solutions.   While I appreciate, in every regard, the opportunities afforded to me at DC Risk Solutions, I simply felt that it was time for me to move in a different direction professionally.

I want to thank you for your trust and confidence and permitting me to serve as your Employee Benefits Consultant and Broker.  The relationships that I have developed over the last twenty years in this business are some of my most valued.  They have played a very big part in my professional growth and development.

As to moving on, I have chosen to affiliate with **Lawson-Hawks Insurance Associates, Inc.,** (LHI) a highly regarded Insurance Brokerage with over seventy years of experience in Risk Management, Employee Benefits and Financial Services Consulting.  While its corporate offices are in Mountain View, California, LHI has a physical presence throughout much of the West and serves a global client base.

Of particular interest to me in making this career change is LHI's acclaimed Healthcare-Specific Practice which accentuates exemplary client servicing and provides me with a level of support that frees me to be a greater resource to my clients.  I anticipate a much greater capability to provide clients with a depth of personnel and resources for their Employee Benefits issues.

It has been a pleasure working with you and I certainly wish you well in the future.  If I can be of any assistance, do not hesitate to contact me at your convenience.  I can be reached at **650.814.9534.** Please note, this is a new cell number for me.

Again, thank you for the opportunity to be of service to you.

Very Truly Yours,

Nancy Frost

Nancy Frost

LHI 00648

February 18, 2008

Janet Kinnett
Human Resources
Eskaton
5105 Manzanita Avenue
Carmichael, CA 95608

**RE: Nancy Frost; Departure from DC Risk Solutions**

Dear Janet;

Because of the nature of our professional relationship over the last several years, I wanted to formally notify you that I have left the employ of DC Risk Solutions.   While I appreciate, in every regard, the opportunities afforded to me at DC Risk Solutions, I simply felt that it was time for me to move in a different direction professionally.

I want to thank you for your trust and confidence and permitting me to serve as your Employee Benefits Consultant and Broker.  The relationships that I have developed over the last twenty years in this business are some of my most valued.  They have played a very big part in my professional growth and development.

As to moving on, I have chosen to affiliate with **Lawson-Hawks Insurance Associates, Inc.,** (LHI) a highly regarded Insurance Brokerage with over seventy years of experience in Risk Management, Employee Benefits and Financial Services Consulting.  While its corporate offices are in Mountain View, California, LHI has a physical presence throughout much of the West and serves a global client base.

Of particular interest to me in making this career change is LHI's acclaimed Healthcare-Specific Practice which accentuates exemplary client servicing and provides me with a level of support that frees me to be a greater resource to my clients. I anticipate a much greater capability to provide clients with a depth of personnel and resources for their Employee Benefits issues.

It has been a pleasure working with you and I certainly wish you well in the future.  If I can be of any assistance, do not hesitate to contact me at your convenience.  I can be reached at **650.814.9534.**  Please note, this is a new cell number for me.

Again, thank you for the opportunity to be of service to you.

Very Truly Yours,

Nancy Frost

Nancy Frost

LHI 00649

February 18, 2008

Terrie Beck
Director of Compensation Benefits
Eskaton
5105 Manzanita Avenue
Carmichael, CA 95608

## RE: Nancy Frost; Departure from DC Risk Solutions

Dear Terrie;

Because of the nature of our professional relationship over the last several years, I wanted to formally notify you that I have left the employ of DC Risk Solutions. While I appreciate, in every regard, the opportunities afforded to me at DC Risk Solutions, I simply felt that it was time for me to move in a different direction professionally.

I want to thank you for your trust and confidence and permitting me to serve as your Employee Benefits Consultant and Broker. The relationships that I have developed over the last twenty years in this business are some of my most valued. They have played a very big part in my professional growth and development.

As to moving on, I have chosen to affiliate with **Lawson-Hawks Insurance Associates, Inc., (LHI)** a highly regarded Insurance Brokerage with over seventy years of experience in Risk Management, Employee Benefits and Financial Services Consulting. While its corporate offices are in Mountain View, California, LHI has a physical presence throughout much of the West and serves a global client base.

Of particular interest to me in making this career change is LHI's acclaimed Healthcare-Specific Practice which accentuates exemplary client servicing and provides me with a level of support that frees me to be a greater resource to my clients. I anticipate a much greater capability to provide clients with a depth of personnel and resources for their Employee Benefits issues.

It has been a pleasure working with you and I certainly wish you well in the future. If I can be of any assistance, do not hesitate to contact me at your convenience. I can be reached at **650.814.9534**. Please note, this is a new cell number for me.

Again, thank you for the opportunity to be of service to you.

Very Truly Yours,

Nancy Frost

LHI 00650

February 18, 2008

Jeff Flood
CFO
Palo Verde Hospital
250 N. First Street
Blythe, CA 92225

RE: Nancy Frost; Departure from DC Risk Solutions

Dear Jeff;

Because of the nature of our professional relationship over the last several years, I wanted to formally notify you that I have left the employ of DC Risk Solutions. While I appreciate, in every regard, the opportunities afforded to me at DC Risk Solutions, I simply felt that it was time for me to move in a different direction professionally.

I want to thank you for your trust and confidence and permitting me to serve as your Employee Benefits Consultant and Broker. The relationships that I have developed over the last twenty years in this business are some of my most valued. They have played a very big part in my professional growth and development.

As to moving on, I have chosen to affiliate with **Lawson-Hawks Insurance Associates, Inc.**, (LHI) a highly regarded Insurance Brokerage with over seventy years of experience in Risk Management, Employee Benefits and Financial Services Consulting. While its corporate offices are in Mountain View, California, LHI has a physical presence throughout much of the West and serves a global client base.

Of particular interest to me in making this career change is LHI's acclaimed Healthcare-Specific Practice which accentuates exemplary client servicing and provides me with a level of support that frees me to be a greater resource to my clients. I anticipate a much greater capability to provide clients with a depth of personnel and resources for their Employee Benefits issues.

It has been a pleasure working with you and I certainly wish you well in the future. If I can be of any assistance, do not hesitate to contact me at your convenience. I can be reached at **650.814.9534.** Please note, this is a new cell number for me.

Again, thank you for the opportunity to be of service to you.

Very Truly Yours,

Nancy Frost

Nancy Frost

LHI 00652

February 18, 2008

Lee Holter
CFO
Palo Verde Hospital
250 N. First Street
Blythe, CA 92225

RE: **Nancy Frost: Departure from DC Risk Solutions**

Dear Lee;

Because of the nature of our professional relationship over the last several years, I wanted to formally notify you that I have left the employ of DC Risk Solutions.  While I appreciate, in every regard, the opportunities afforded to me at DC Risk Solutions, I simply felt that it was time for me to move in a different direction professionally.

I want to thank you for your trust and confidence and permitting me to serve as your Employee Benefits Consultant and Broker.  The relationships that I have developed over the last twenty years in this business are some of my most valued.  They have played a very big part in my professional growth and development.

As to moving on, I have chosen to affiliate with **Lawson-Hawks Insurance Associates, Inc.**, (LHI) a highly regarded Insurance Brokerage with over seventy years of experience in Risk Management, Employee Benefits and Financial Services Consulting.  While its corporate offices are in Mountain View, California, LHI has a physical presence throughout much of the West and serves a global client base.

Of particular interest to me in making this career change is LHI's acclaimed Healthcare-Specific Practice which accentuates exemplary client servicing and provides me with a level of support that frees me to be a greater resource to my clients. I anticipate a much greater capability to provide clients with a depth of personnel and resources for their Employee Benefits issues.

It has been a pleasure working with you and I certainly wish you well in the future.  If I can be of any assistance, do not hesitate to contact me at your convenience.  I can be reached at **650.814.9534.** Please note, this is a new cell number for me.

Again, thank you for the opportunity to be of service to you.

Very Truly Yours,

Nancy Frost

LHI 00662

February 18, 2008

Lilly Lopez
Executive Assistant
Palo Verde Hospital
250 N. First Street
Blythe, CA 92225

**RE: Nancy Frost; Departure from DC Risk Solutions**

Dear Lilly;

Because of the nature of our professional relationship over the last several years, I wanted to formally notify you that I have left the employ of DC Risk Solutions. While I appreciate, in every regard, the opportunities afforded to me at DC Risk Solutions, I simply felt that it was time for me to move in a different direction professionally.

I want to thank you for your trust and confidence and permitting me to serve as your Employee Benefits Consultant and Broker. The relationships that I have developed over the last twenty years in this business are some of my most valued. They have played a very big part in my professional growth and development.

As to moving on, I have chosen to affiliate with **Lawson-Hawks Insurance Associates, Inc.**, (LHI) a highly regarded Insurance Brokerage with over seventy years of experience in Risk Management, Employee Benefits and Financial Services Consulting. While its corporate offices are in Mountain View, California, LHI has a physical presence throughout much of the West and serves a global client base.

Of particular interest to me in making this career change is LHI's acclaimed Healthcare-Specific Practice which accentuates exemplary client servicing and provides me with a level of support that frees me to be a greater resource to my clients. I anticipate a much greater capability to provide clients with a depth of personnel and resources for their Employee Benefits issues.

It has been a pleasure working with you and I certainly wish you well in the future. If I can be of any assistance, do not hesitate to contact me at your convenience. I can be reached at **650.814.9534**. Please note, this is a new cell number for me.

Again, thank you for the opportunity to be of service to you.

Very Truly Yours,

Nancy Frost

LHI 00666

February 18, 2008

Jim Strong
CFO
Sutter Coast Hospital
800 E. Washington Blvd
Cresent City, CA 95531

**RE: Nancy Frost; Departure from DC Risk Solutions**

Dear Jim;

Because of the nature of our professional relationship over the last several years, I wanted to formally notify you that I have left the employ of DC Risk Solutions. While I appreciate, in every regard, the opportunities afforded to me at DC Risk Solutions, I simply felt that it was time for me to move in a different direction professionally.

I want to thank you for your trust and confidence and permitting me to serve as your Employee Benefits Consultant and Broker. The relationships that I have developed over the last twenty years in this business are some of my most valued. They have played a very big part in my professional growth and development.

As to moving on, I have chosen to affiliate with **Lawson-Hawks Insurance Associates, Inc.**, (LHI) a highly regarded Insurance Brokerage with over seventy years of experience in Risk Management, Employee Benefits and Financial Services Consulting. While its corporate offices are in Mountain View, California, LHI has a physical presence throughout much of the West and serves a global client base.

Of particular interest to me in making this career change is LHI's acclaimed Healthcare-Specific Practice which accentuates exemplary client servicing and provides me with a level of support that frees me to be a greater resource to my clients. I anticipate a much greater capability to provide clients with a depth of personnel and resources for their Employee Benefits issues.

It has been a pleasure working with you and I certainly wish you well in the future. If I can be of any assistance, do not hesitate to contact me at your convenience. I can be reached at **650.814.9534**. Please note, this is a new cell number for me.

Again, thank you for the opportunity to be of service to you.

Very Truly Yours,

Nancy Frost

Nancy Frost

LHI 00682

February 18, 2008

Lauri Bolton
Human Resources Director
Sutter Coast Hospital
800 E. Washington Blvd
Cresent City, CA 95531

RE: **Nancy Frost; Departure from DC Risk Solutions**

Dear Lauri;

Because of the nature of our professional relationship over the last several years, I wanted to formally notify you that I have left the employ of DC Risk Solutions. While I appreciate, in every regard, the opportunities afforded to me at DC Risk Solutions, I simply felt that it was time for me to move in a different direction professionally.

I want to thank you for your trust and confidence and permitting me to serve as your Employee Benefits Consultant and Broker. The relationships that I have developed over the last twenty years in this business are some of my most valued. They have played a very big part in my professional growth and development.

As to moving on, I have chosen to affiliate with **Lawson-Hawks Insurance Associates, Inc.,** (LHI) a highly regarded Insurance Brokerage with over seventy years of experience in Risk Management, Employee Benefits and Financial Services Consulting. While its corporate offices are in Mountain View, California, LHI has a physical presence throughout much of the West and serves a global client base.

Of particular interest to me in making this career change is LHI's acclaimed Healthcare-Specific Practice which accentuates exemplary client servicing and provides me with a level of support that frees me to be a greater resource to my clients. I anticipate a much greater capability to provide clients with a depth of personnel and resources for their Employee Benefits issues.

It has been a pleasure working with you and I certainly wish you well in the future. If I can be of any assistance, do not hesitate to contact me at your convenience. I can be reached at **650.814.9534**. Please note, this is a new cell number for me.

Again, thank you for the opportunity to be of service to you.

Very Truly Yours,

Nancy Frost

Nancy Frost

LHI 00683

February 18, 2008

Christina Atcantara
Human Resources
McHenry Medical Group
1541 Florida Avenue, #200
Modesto, CA 95380

RE: Nancy Frost; Departure from DC Risk Solutions

Dear Christina;

Because of the nature of our professional relationship over the last several years, I wanted
to formally notify you that I have left the employ of DC Risk Solutions.    While I
appreciate, in every regard, the opportunities afforded to me at DC Risk Solutions, I simply
felt that it was time for me to move in a different direction professionally.

I want to thank you for your trust and confidence and permitting me to serve as your
Employee Benefits Consultant and Broker.  The relationships that I have developed over
the last twenty years in this business are some of my most valued.  They have played a
very big part in my professional growth and development.

As to moving on, I have chosen to affiliate with **Lawson-Hawks Insurance Associates,
Inc.**, (LHI) a highly regarded Insurance Brokerage with over seventy years of experience
in Risk Management, Employee Benefits and Financial Services Consulting.  While its
corporate offices are in Mountain View, California, LHI has a physical presence
throughout much of the West and serves a global client base.

Of particular interest to me in making this career change is LHI's acclaimed Healthcare-
Specific Practice which accentuates exemplary client servicing and provides me with a
level of support that frees me to be a greater resource to my clients. I anticipate a much
greater capability to provide clients with a depth of personnel and resources for their
Employee Benefits issues.

It has been a pleasure working with you and I certainly wish you well in the future.  If I
can be of any assistance, do not hesitate to contact me at your convenience.  I can be
reached at **650.814.9534**.  Please note, this is a new cell number for me.

Again, thank you for the opportunity to be of service to you.

Very Truly Yours,

Nancy Frost

Nancy Frost

LHI 00684