CHARLES L. THOMPSON IV (State Bar No. 139927)
Email: thompson@kmm.com
CORINN JACKSON (State Bar No. 239275)
Email: jackson@kmm.com
KAUFF MCCLAIN & MCGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 421-3111
Facsimile: (415) 421-0938

Attorneys for Plaintiff
DC RISK SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC RISK SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NANCY FROST, an individual, and DOES 1 through 100, inclusive, <br><br> Defendant. | CASE NO. C08-02948 SI <br><br> **[PROPOSED] ORDER GRANTING EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL** <br><br> **DEPT:** 10, 19th Floor <br> **JUDGE:** Hon. Susan Ilston <br><br> **COMPLAINT FILED:** June 12, 2008 <br> **TRIAL DATE:** No date set. |

Having considered Plaintiff DC Risk Solutions, Inc.'s ("DC Risk"; "Plaintiff") ex parte application for leave to file documents under seal in support of its Ex Parte Application for Temporary Restraining Order and Order to Show Cause re Preliminary Injunction, and finding good cause therefore,

IT IS HEREBY ORDERED that Plaintiff may file the following documents under seal:

1. The Declaration of Shawn Evans In Support of Plaintiff's Ex Parte Application for Temporary Restraining Order;

2. The Declaration of Beverly Thomas In Support of Plaintiff's Ex Parte Application for Temporary Restraining Order;

3. Exhibit D to the Thomas Declaration;

1      4.      Exhibit E to the Thomas Declaration;

2      5.      Exhibit F to the Thomas Declaration;

3      6.      The Memorandum of Points and Authorities filed in support of

4 Plaintiff's Application for Temporary Restraining Order.

5 DATED:      June _____, 2008

                                     JUDGE SUSAN ILLSTON

4840-1250-4322.1

- 2 -

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

[PROPOSED] ORDER GRANTING EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL

CASE NO. C08-02948 SI