1  Gregory R. de la Peña (SBN 126626)
   Email: gdelapena@dlpmcd.com
2  Malcolm E. McLorg (SBN 40956)
   Email: mmclorg@dlpmcd.com
3  DE LA PEÑA & McDONALD LLP
   785 Market Street, 14th Floor
4  San Francisco, CA 94103
   Telephone: (415) 227-4100
5  Facsimile: (415) 227-4116

6  Attorney for Defendant
   NANCY FROST
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | DC RISK SOLUTIONS, INC.,                | CASE NO.: C 08-02948 SI
13 |                   Plaintiff,             | **NON-OPPOSITION TO EX PARTE APPLICATION TO SEAL DOCUMENTS**
14 |     v.                                    |
15 | NANCY FROST, an individual, and DOES 1   |
   | through 100, inclusive,                   |
16 |                                           |
   |                   Defendant.              |
17

18    Without waiving her right to later challenge the propriety of sealing the documents that

19 are the subject of plaintiff DC RISK SOLUTIONS, INC.'s *ex parte* application, defendant

20 NANCY FROST will not presently oppose the *ex parte* application.

21

22 DATED: June 27, 2008                    DE LA PEÑA & McDONALD LLP

23

24                                         By: _____
25                                             Malcolm E. McLorg
                                               Attorneys for Defendant
26                                             NANCY FROST

27

28

14236                              -1-
NON-OPPOSITION TO EX PARTE APPLICATION TO SEAL DOCUMENTS        CASE NO.: C 08-02948 SI

**Santa Clara Superior Court**
**CASE NAME:** *InsPro v. Ramsey, et al.*   **ACTION NO.:** C 08-02948 SI

**PROOF OF SERVICE**

I am a citizen of the United States. My business address is 785 Market Street, 14th Floor, San Francisco, California 94103. I am employed in the county of San Francisco where this service occurs. I am over the age of 18 years and not a party to the within cause.

On June 30, 2008, I served the following documents(s) described as:

**NON-OPPOSITION TO EX PARTE APPLICATION TO SEAL DOCUMENTS**

☒ **BY MAIL:** I am readily familiar with my employer's normal business practice of collection and processing of correspondence for mailing. Under that practice, correspondence is deposited with the U.S. Postal Service that same day in a sealed envelope(s) with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business.

☐ **BY FAX:** I served said document(s) by transmitting via facsimile from facsimile number (415) 227-4116 to the facsimile number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m. A statement that this document was successfully transmitted without error is hereby attached to the Proof of Service.

☐ **BY OVERNIGHT DELIVERY:** I caused such envelope(s) to be delivered on the same day to an authorized courier or driver or to a regular box or other facility regularly maintained by **FEDERAL EXPRESS** with delivery fees provided for, addressed to the person(s) on whom it is to be served.

on the interested party(ies) in this action addressed as follows:

| Richard K. Abdalah<br>ABDALLAH LAW OFFICES, PC<br>10455 Torre Avenue<br>Cupertino, CA 95014 | **Attorney for Plaintiff**<br>Telephone: (408) 252-5211<br>Facsimile: (408) 996-2004 |
|---|---|

☒ **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 30, 2008, at San Francisco, California.

*/s/ Lexi Katibah*
LEXI KATIBAH

DE LA PEÑA & McDONALD LLP
785 Market Street, 14th Floor
San Francisco, CA 94103
Tel. (415) 227-4100 Fax. (415) 227-4116

- 1 -
PROOF OF SERVICE