# DE LA PEÑA & McDONALD LLP

785 MARKET ST, 14TH FLOOR
SAN FRANCISCO CALIFORNIA 94103

TELEPHONE 415 227 4100         FACSIMILE 415 227 4116

July 1, 2008

**E-FILED**

The Honorable Susan Illston
United States District Court
Northern District of California
Courtroom 10, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Att: Tracy Sutton, Calendar Clerk

Re:  *DC Risk Solutions, Inc. v. Nancy Frost, et al.*, Case No. C 08-02948 SI

Dear Ms. Sutton:

This letter will confirm your phone call earlier this afternoon with Keith L. Cooper in which we committed to filing our opposition to plaintiff's *ex parte* application for temporary restraining order and order to show cause re preliminary injunction on Wednesday, July 9, 2008. Thank you for your consideration and courtesy.

Very truly yours,

DE LA PEÑA & McDONALD LLP

MALCOLM E. McLORG

MEM:mem

14307