**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC RISK SOLUTIONS, INC, | No. C 08-02948 SI |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER** |
| v. | |
| NANCY FROST, et al., | |
| Defendants. | |

Plaintiff DC Risk Solutions, Inc., has filed an application for a temporary restraining order enjoining defendant Nancy Frost from using plaintiff's confidential and trade secret information, requiring defendant to account for and return all of plaintiff's confidential information, and requiring defendant to abide by the terms of her employment agreement. Having read and considered the arguments of the parties and the papers submitted, the Court DENIES the application for a temporary restraining order because, on this record, numerous questions of fact remain to be determined and plaintiff has not demonstrated a likelihood of success on the merits or a probability of irreparable harm [Docket No. 12]. If plaintiff wishes, it may file a motion for a preliminary injunction.

**IT IS SO ORDERED.**

Dated: July 14, 2008

SUSAN ILLSTON
United States District Judge