| Attorney or party without attorney (name and address): | Telephone No:<br>(415) 421-3111 | For Court Use Only |
|---|---|---|
| CHARLES L. THOMPSON IV  SB#139927<br>KAUFF, McCLAIN & McGUIRE LLP<br>1 POST STREET, STE. 2600<br>SAN FRANCISCO, CA       94104-<br>Attorney for (name): PLAINTIFF(S) | | |

| Insert name of court and name of judicial district and branch court, if any: |
|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

| Plaintiff: |
|---|
| DC RISK SOLUTIONS, INC. |

| Defendant: |
|---|
| NANCY FROST, |

| Reference Number:<br>11482.0001 | **PROOF OF SERVICE** | Case Number:<br>C08-2948 BZ |
|---|---|---|

At the time of service I was at least eighteen years of age and not a party to this action, and I served copies of the:

SEE ATTACHED LIST OF DOCUMENTS SERVED;

in the within action by personally delivering true copies thereof to the person served as follows:

    Served: GREGORY R. DE LA PENA
  By Serving: LORNE BARFIELD, RECEPTION
   Address: DE LA PENA & McDONALD
      785 MARKET ST., 14TH FLR.
      SAN FRANCISCO, CA       94103-
 Date of Service: 06/25/08
 Time of Service: 2:30 PM

Person Serving (name, address, and telephone No.):

Christopher J. Myron

**FreeWheelin'**
ATTORNEY SERVICE
41 Sutter Street, Suite 1777
San Francisco, California  94104
(415) 487-1750

Fee for service:
Registered California process server.
(1) Employee or independent contractor.
(2) Registration No: 757
(3) County:          San Francisco
(4) Reg. Exp. Date:  June 13, 2008

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 06/25/08                                          Signature: _____

EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL

DECLARATION OF CHARLES THOMPSON IN SUPPORT OF EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL

[PROPOSED] ORDER GRANTING EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL

EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE

DECLARATION OF CHARLES THOMPSON IN SUPPORT OF PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

DECLARATION OF BRYAN DOOR IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

DECLARATION OF ROGER SLEIGHT IN SUPPORT OF PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION *(Documents Submitted Under Seal)*

DECLARATION OF SHAWN EVANS IN SUPPORT OF PLAINTIFF DC RISK SOLUTIONS, INC.'S APPLICATION FOR TEMPORARY RESTRAINING ORDER *(Documents Submitted Under Seal)*

DECLARATION OF BEVERLY THOMAS IN SUPPORT OF PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION *(Documents Submitted Under Seal)*

**PROOF OF SERVICE**

I, Janice M. Tasista, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Post Street, Suite 2600, San Francisco, California 94104. On **July 17, 2008**, I served a copy of the within document(s):

    **PROOF OF SERVICE OF FREEWHEELIN' ATTORNEY SERVICE**

☐   by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at San Francisco, California addressed as set forth below.

    Gregory R. de la Pena
    de la Pena & McDonald
    785 Market Street, 14th Floor
    San Francisco, CA 94103

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **July 17, 2008**, at San Francisco, California.

                            */s/ Janice M. Tasista*
                            Janice M. Tasista

KAUFF McCLAIN & McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

PROOF OF SERVICE OF FREEWHEELIN' ATTORNEY SERVICE     CASE NO. CV 08-2948 SI