| Attorney/Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| CHARLES L. THOMPSON IV, ESQ.<br>KAUFF, MCCLAIN & MCGUIRE<br>One Post Street Suite 2600<br>San Francisco, California 94104 | (415) 421-3111 | |
| Attorneys for: DC RISK SOLUTIONS | Ref. No. Or File No.<br>W2498544 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
DC RISK SOLUTIONS

Defendant:
NANCY FROST

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>CV 08-2948 SI |
|---|---|---|---|---|

I, Stephen Sabol, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned over the age of eighteen, and not a party to the within action;

I served the: See Attachment "A" attached hereto and incorporated herein by this reference.

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant              : NANCY FROST

By Serving             : NANCY FROST

Address                : 309 Second Avenue #3, San Francisco, California
Date & Time            : Saturday, June 21, 2008 @ 8:19 a.m.
Witness fees were      : Not applicable.

Person serving:
Stephen Sabol
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
  (1) Employee or independent contractor
  (2) Registration No.: 382
  (3) County: San Francisco
  (4) Expires: 1/9/2009

I declare under penalty of perjury under the laws of the State of California a that the foregoing is true and correct.

Date: June 23, 2008                                  Signature: _____
                                                                  Stephen Sabol



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Case # CV 08-2947 BZ

DC RISK SOLUTIONS
NANCY FROST

## Attachment "A"

W2498544

## NANCY FROST

CIVIL CASE COVER SHEET;

SUMMONS;

COMPLAINT;

U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT;

U.S. DISTRICT COURT GUIDELINES;

U.S. DISTRICT COURT - NORTHERN DISTRICT OF CALIFORNIA - PUBLIC NOTICE: MAGISTRATE JUDGE;

NOTICE OF ASSIGNMENT CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL: BLANK COURT FORMS - CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE;

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDERS (BERNARD ZIMMERMAN, U.S. MAGISTRATE JUDGE); STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA;

PLAINTIFF'S FILED-ENDORSED DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE;

CASE MANAGEMENT CONFERENCE NOTICE FROM COURT. (10/03/08); CASE MANAGEMENT CONFERENCE ORDER; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA - CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; JUDGE LLLSTON'S STANDING ORDER; and

CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA

**PROOF OF SERVICE**

I, Janice M. Tasista, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Post Street, Suite 2600, San Francisco, California 94104. On **July 17, 2008**, I served a copy of the within document(s):

**PROOF OF SERVICE OF WHEELS OF JUSTICE, INC.**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at San Francisco, California addressed as set forth below.

**Gregory R. de la Pena**
**de la Pena & McDonald**
**785 Market Street, 14th Floor**
**San Francisco, CA 94103**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **July 17, 2008**, at San Francisco, California.

_____
Janice M. Tasista

PROOF OF SERVICE OF FREEWHEELIN' ATTORNEY SERVICE

CASE NO. CV 08-2948 SI

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111