IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC RISK SOLUTIONS INC, | No. C 08-02948 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | corrected |
| NANCY FROST, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 6, 2009 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is March 31, 2009.

DESIGNATION OF EXPERTS: 4/1/09; REBUTTAL: 4/10/09.
Parties **SHALL** conform to Rule 26(a)(2).
4/21/08
EXPERT DISCOVERY CUTOFF is 4/21/09.

DISPOSITIVE MOTIONS **SHALL** be filed by May 1, 2009;

Opp. Due May 15, 2009; Reply Due May 22, 2009;

and set for hearing no later than June 5, 2009 at 9:00 AM.

PRETRIAL CONFERENCE DATE: July 7, 2009 at 3:30 PM.

JURY TRIAL DATE: July 20, 2009 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be five days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The parties must file a stipulation by 10/8/08 selecting an ADR procedure.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____

SUSAN ILLSTON
United States District Judge